UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANA PATRICK,

    Plaintiff,

vs.                                Case No. 3:25-cv-627-MMH-LLL

MIKE FASANO, Tax Collector of
Pasco County, Florida,

    Defendant.
_____/

# ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte. Upon review of Plaintiff's Complaint (Doc. 1), it appears that this action was misfiled in the Jacksonville Division of the United States District Court for the Middle District of Florida. Pursuant to Local Rule 1.04(b), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), "[a] party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced."

The Court's review of the Complaint reveals that the acts complained of occurred in Pasco County, Florida. [1] See Attachment (Doc. 1-1) at ¶ 4.

---

[1] Local Rule 1.04(a) provides that the Tampa Division consists of the following counties: Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk, and Sarasota.

Additionally, Defendant is sued in his official capacity as Tax Collector of Pasco County, Florida. Attachment at ¶ 2. The only apparent connection to the Jacksonville Division is that Plaintiff resides in Jacksonville.

Accordingly, Plaintiff is **DIRECTED** to **SHOW CAUSE** by a written response filed on or before **July 2, 2025**, why this case should remain pending in the Jacksonville Division and not be transferred to the Tampa Division pursuant to Local Rule 1.04(b).

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of June, 2025.

*[signature]*

**MARCIA MORALES HOWARD**
United States District Judge

Lc35

Copies to:

Pro Se Party