**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LANA PATRICK,

    Plaintiff,

v.                                                                  Case No. 3:25-cv-627-MMH-LLL

MIKE FASANO, Tax Collector of
Pasco County, Florida,

    Defendant.

_____

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On June 18, 2025, this Court entered an Order directing Plaintiff to show cause by July 2, 2025, why this case should not be transferred to the Tampa Division. See Order (Dkt. No. 3; Order to Show Cause). Plaintiff failed to respond to the Order to Show Cause. Upon review and for the reasons set forth in the Order to Show Cause, the Court finds that venue is proper in the United States District Court, Middle District of Florida, Tampa Division. Accordingly, it is

**ORDERED:**

The Clerk of the Court is directed to transfer this case to the United States District Court, Middle District of Florida, Tampa Division, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of July, 2025.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Pro Se Party
Counsel of Record